ITEM X-RAYED BY
USMS

4/13

Clerk's Office
USDC - DSC
901 Richland Street
Columbia, SC 29201

RECEIVED
USDC CLERK, COLUMBIA, SC
2017 APR 13  AM 11: 05






